A08A0803. GRAY v. INTERNATIONAL MANAGEMENT
SERVICES COMPANY et al.
(670 SE2d 808)

BARNES, Chief Judge.

In this case, the following circumstances exist and are disposi-
tive of the appeal:

(1) The evidence supports the judgment; and

(2) No reversible error of law appears and an opinion would have
no precedential value.

The judgment of the court below therefore is affirmed in
accordance with Court of Appeals Rule 36.

*Judgment affirmed. Johnson, P. J., and Phipps, J., concur.*

DECIDED NOVEMBER 7, 2008 —
RECONSIDERATION DENIED DECEMBER 2, 2008 —

*Smith, White, Sharma & Halpern, Larry J. White, William W.
Dreyfoos*, for appellant.
*Tucker, Everitt, Long, Brewton & Lanier, John B. Long*, for
appellees.